UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

CHRISTOPHER PAUL SMITH           Chapter 7
                                 Case No. 09-78456-PJS
        Debtor.                  Honorable Phillip J. Shefferly
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

      The attached check represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is/are as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Dockside Canvas | 6 | $9.28 |

Dated: January 31, 2011

/s/ Charles L. Wells, III
Chapter 7 Trustee
903 N. Opdyke, Ste. A1
Auburn Hills, MI 48326
248-276-0285
7trusteewells@sbcglobal.net